IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MEHDI HOJATIZADEH., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:12CV00304 SWW |
| | * | |
| LESLIE'S POOL MART INC. | * | |
| | * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint.  The relief sought is denied.

DATED this 4th day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE